IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN KUSLITS,

    Plaintiff,

v.

KAREN KLOTH, PAULA STOUDT and
REED RICHARDSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-413-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting Karen Kloth, Paula Stoudt and Reed Richardson's motion for summary judgment and dismissing this case.

| /s/ | 11/16/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |